COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 June 15, 2016
 No. 10-15-00119-CR
 MAXEY KENNETH LOVELL
 v.
 THE STATE OF TEXAS
 
 center-4254500
 From the 272nd District Court
 Brazos County, Texas
 Trial Court No. 14-02819-CRF-272
 
--------------------------------------------------------------------------------
JUDGMENT

 This Court has reviewed the briefs of the parties and the record in this proceeding as relevant to the issues raised and finds no reversible error is presented. Accordingly the trial court's Judgment signed on April 1, 2015 is affirmed.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 
3040380-1206500
 By: ___________________________
 Nita Whitener, Deputy Clerk